AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Anthony Q. Robinson,<br>*Plaintiff*<br>v.<br><br>Williams Byers, SCDC Director; Dwayne McCall, Jr., Warden of Perry Correctional; Andrew Cooper, Perry's Chaplain,<br>*Defendant* | ) ) ) ) ) ) Civil Action No.   1:12-cv-03148-RBH-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Anthony Q. Robinson, shall take nothing of the defendants; Williams Byers, Dwayne McCall, Jr., and Andrew Cooper, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, which dismissed the complaint without prejudice.

Date:  September 4, 2013                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/A. Buckingham
                                                                    _____
                                                                         *Signature of Clerk or Deputy Clerk*